

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00100-CV

IN THE INTEREST OF S.Z.L., S.E.L., A.S.L. AKA A.L., AND Z.E.N.B.L. AKA Z.L., CHILDREN

Appeal from the 309th District Court of Harris County.  (Tr. Ct. No. 2011-18283).

After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, K.E.S.-L., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 21, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.